JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AARON SANDUSKY,

          Petitioner,

    v.

UNITED STATES OF AMERICA,

          Respondent.

No.   CV 15-4352 PA
       CR 12-548 PA

JUDGMENT

Pursuant to this Court's Order Denying Petitioner's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255,

IT IS ADJUDGED that the Motion to Vacate, Set Aside or Correct Sentence is denied and this action is dismissed with prejudice.

DATED:  November 2, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE